PROB 12C
(7/93)

# United States District Court
## for
### District of New Jersey

06-01M-MPT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maurice Hunt                                    Cr.: CR: 99-448-001

Name of Sentencing Judicial Officer: Honorable Joseph H. Rodriguez
                                      Senior United States District Judge

Date of Original Sentence: 10/20/00

Original Offense: Possession with Intent to Distribute More Than 5 Grams of Cocaine Base.

Original Sentence: Imprisonment - 84 months; Supervised Release - 3 years

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/26/05

Assistant U.S. Attorney: Ira Slovin              Defense Attorney: Christopher O' Malley

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime during the term of supervision.' |
| | The offender was arrested on September 30, 2005, by the United States Secret Service and the Delaware State Police in New Castle, charged with counterfeiting. The offender and another, Marcus James, were allegedly passing out counterfeit $20 bills, while at a night club called Hak's. The offender was officially charged and arraigned the same night. The offender is being held in the Grander-Hill Prison in lieu of $20,000 cash bail, pending Indictment. |
| 2 | The offender has violated the supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.' |
| | The offender traveled out of the state to the state of Delaware without permission from the probation officer, where he was arrested on new federal charges for passing counterfeit $20.00 bills. |

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PROB 12C - Page 2
Maurice Hunt

3   The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

The offender did not have permission to associate with any persons having a criminal record. The offender was arrested on September 30, 2005, with another offender, Marcus James, who had a criminal record and was wanted at the time of arrest by the New Castle County Superior Court for "Failure to Register as a Sex Offender."

The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

The offender failed to submit monthly written reports as directed by the probation officer for the months of May, June, July, and September, 2005.

5   The offender has violated the supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'

The offender failed to report the arrest of September 30, 2005, to the probation officer within 72 hours

I declare under penalty of perjury that the foregoing is true and correct.

By: Steve J. Blackwell
U.S. Probation Officer Asst. II
Date: 10/19/05

---

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

October 25, 2005
Date