FILED IN OPEN
COURT 1/3/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v | : | Mag. No. 06- 01M-MPT |
| | : | [DNJ Case No. 99-00448-001 (JHR)] |
| MAURICE HUNT, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

NOW COMES the United States and moves for the detention of the defendant, MAURICE HUNT, pursuant to 18 U.S.C. § 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: January 3, 2006

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE