AO 94 (Rev. 8/85) Commitment to Another District

FILED IN OPEN
1/3/0
KJK

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
MAURICE HUNT

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 06-01M-MPT
SUPERVISED RELEASE

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _____ District of NEW JERSEY

Brief Description of Charge(s):

VIOLATION OF SUPERVISED RELEASE CONDITIONS

Defendant was temporarily detained for the purpose of removal to the prosecuting district. No detention hearing occurred in the District of Delaware. Defendant's request for a detention hearing in the prosecuting district was granted.

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

1/3/06
Date

[signature]
Judicial Officer

| RETURN | | | FILED |
|---|---|---|---|
| This commitment was received and executed as follows: | | | JAN 3 2006 |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED | U.S. DISTRICT COURT DISTRICT OF DELAWARE |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL | |